UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **FREDERICK DEWAYNE GROSS** ] | |
| Petitioner, ] | |
| ] | |
| v. ] | No. 3:12-1274 |
| ] | Judge Trauger |
| **UNITED STATES OF AMERICA** ] | |
| Respondent. ] | |

### O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds merit in the petitioner's *pro se* § 2255 motion to vacate, set aside or correct sentence. Said motion, therefore, is hereby GRANTED.

Each party shall, within thirty (30) days from the date of entry of this order on the docket, file notice identifying which of petitioner's two convictions and sentences should be vacated by the Court.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge